# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JULIO CESAR LANDAVERDE-VALDEZ,<br><br>  Defendant. | Case No. 20CR01874-GPC<br><br>**ORDER AND JUDGMENT OF DISMISSAL.** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case be dismissed without prejudice as to defendant Julio Cesar Landaverde-Valdez.

**IT IS SO ORDERED.**

**Dated:  July 23, 2020**

Hon. Gonzalo P. Curiel
United States District Judge